NO. 29653

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ASHLEN AQUILA and IVY AQUILA, and on behalf of
KYLIE DEWILDE, GRACIE DEWILDE, and LILY DEWILDE,
Respondents/Petitioners-Appellees

vs.

ERIC L. DAVIES and MIRELLA M. DAVIES,
Petitioners/Respondents-Appellants

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 1SS07-1-755)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

March 2, 2010 by Petitioners/Respondents-Appellants Eric K.

Davies and Mirella M. Davies is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 12, 2010.

FOR THE COURT:

Associate Justice

Eric L. Davies and
Mirella M. Davies,
petitioners/resondents-
appellants, *pro se*, on
the application.

---

[1]      Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, JJ., and
Circuit Judge McKenna in place of Recktenwald, J, recused.